UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re | Chapter 11 |
| JEFFREY L. DERSHEM, | Bankruptcy No. 21-12027 (PMM) |
| Debtor. | |

### ORDER AUTHORIZING THE RETENTION OF LAW OFFICES OF DAVID ALAN KLEIN, P.C. AS SPECIAL COUNSEL

AND NOW, this 23rd day of November, 2021, upon consideration of the application (the "Application") of Jeffrey L. Dershem (the "Debtor"), as debtor and debtor-in-possession, for authority to employ and retain the Law Offices of David Alan Klein, P.C. ("Klein") as his special counsel pursuant to 11 U.S.C. §327(e) and Rule 2014 of the Federal Rules of Bankruptcy Procedure, and upon the Affidavit of David Alan Klein, Esquire submitted therewith, and the Court being satisfied that Klein represents no interest adverse to the estate with respect to matters upon it is to be engaged and that its employment is necessary and in the best interests of this estate; and notice of the Application having been given pursuant to Local Bankruptcy Rule 2014-1, and the Court having been advised that, based on the Debtor's resolution of certain disputes involving Fidelity Deposit & Discount Bank, the scope of Klein's retention is limited to the commencement and prosecution of the Debtor's claims and causes of action against John R.K. Solt, Esquire (the "Solt Claims"), it is hereby

ORDERED, pursuant to 11 U.S.C. § 327(e), that the Application is granted; and it is further

ORDERED, in accordance with the foregoing, that the Debtor is authorized to employ Klein as special counsel effective as of the date on which the Application was filed for the limited purpose of pursuing the Solt Claims; and it is further

ORDERED, that Klein shall seek compensation and reimbursement of expenses as provided in 11 U.S.C. §§ 330 and/or 331 and the local bankruptcy rules of this judicial district after notice and opportunity for hearing.

*Patricia M. Mayer*

PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE

Copies to:

Jeffrey Kurtzman, Esquire
**Kurtzman | Steady, LLC**
401 S. 2nd Street, Suite 200
Philadelphia, PA  19147

Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA  19106