UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | (Subchapter V) |
| JEFFREY L. DERSHEM, | : | |
| | : | Bankruptcy No. 21-12027 (PMM) |
| | : | |
| Reorganized Debtor. | : | |
| | : | |

## NOTICE OF ENTRY OF JUDGMENT

PLEASE TAKE NOTICE that on March 27, 2024, a judgment was entered in the Lehigh County Court of Common Pleas in favor of the above-captioned reorganized debtor (the "Debtor") and his spouse and against John P. Brew, Jr. in the amount of $2,209,232.58 (the "Judgment"").

PLEASE TAKE FURTHER NOTICE that the Judgment has become final and unappealable under applicable nonbankruptcy law.

PLEASE TAKE FURTHER NOTICE that the Debtor, through his litigation counsel, is engaged in efforts to collect the amount of the Judgment under applicable nonbankruptcy law.

PLEASE TAKE FURTHER NOTICE that the Debtor will supplement this notice to reflect the results of his efforts to enforce the Judgment.

Dated: May 6, 2024                        KURTZMAN | STEADY, LLC


By: /s/ Jeffrey Kurtzman, Esquire
Jeffrey Kurtzman, Esquire
555 City Avenue, Suite 480
Bala Cynwyd, PA 19004
Telephone: (215) 839-1222

Attorneys for Reorganized Debtor